UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 99-7419-CIV-LENARD/O'SULLIVAN

UNITED STATES OF AMERICA,

       Plaintiff,

v.

ERNEST L. WESLEY,

       Defendant.

_____/

## ORDER

**THIS MATTER** is before the Court on the Motion to Compel Response to Plaintiff's First Request for Production in Aid of Execution and Interrogatories in Aid of Execution (DE # 21, 9/22/11). Rule 7.1(C), Local Rules for the United States District Court for the Southern District of Florida provides, in pertinent part:

> Each party opposing a motion shall serve an opposing memorandum of law no later than ten days after service of the motion as computed in the Federal Rules of Civil Procedure. **Failure to do so may be deemed sufficient cause for granting the motion by default**. (Emphasis supplied).

Having received no response from the defendant, and a response having been due, it is

ORDERED AND ADJUDGED that the defendant shall file a response to the Motion to Compel Response to Plaintiff's First Request for Production in Aid of Execution and Interrogatories in Aid of Execution (DE # 21, 9/22/11) on or before November 1, 2011. The failure to file a response may result in an Order granting the Motion to Compel Response to Plaintiff's First Request for Production in Aid of

Execution and Interrogatories in Aid of Execution (DE # 21, 9/22/11) in its entirety.

DONE AND ORDERED, in Chambers in Miami, Florida this 18th day of October, 2011.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies provided to:

The Honorable Joan A. Lenard
All counsel of Record

Sent by Chambers to:
Ernest L. Wesley
217 W. 28th Street
Riviera Beach, Florida 33404