UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 99-7419-CIV-LENARD/O'SULLIVAN

UNITED STATES OF AMERICA,

        Plaintiff,

v.

ERNEST L. WESLEY,

        Defendant.

_____/

## ORDER

**THIS MATTER** is before the Court on the Motion to Compel Response to Plaintiff's First Request for Production in Aid of Execution and Interrogatories in Aid of Execution (DE # 21, 9/22/11). Rule 7.1(C), Local Rules for the United States District Court for the Southern District of Florida provides, in pertinent part:

> Each party opposing a motion shall serve an opposing memorandum of law no later than ten days after service of the motion as computed in the Federal Rules of Civil Procedure. **Failure to do so may be deemed sufficient cause for granting the motion by default**. (Emphasis supplied).

Having received no response from the defendant, and a response having been due, the undersigned issued an Order on October 18, 2011, ordering the defendant to file a response to the Motion to Compel Response to Plaintiff's First Request for Production in Aid of Execution and Interrogatories in Aid of Execution on or before November 1, 2011. The defendant was warned that the failure to file a response may result in an Order granting the Motion to Compel Response to Plaintiff's First Request for Production in Aid of Execution and Interrogatories in Aid of Execution (DE # 21,

9/22/11) in its entirety.  As of the date of this Order, no response has been filed.  Accordingly, it is

ORDERED AND ADJUDGED that the Motion to Compel Response to Plaintiff's First Request for Production in Aid of Execution and Interrogatories in Aid of Execution (DE # 21, 9/22/11) is GRANTED.  The defendant shall respond to the outstanding discovery on or before November 22, 2011.

DONE AND ORDERED, in Chambers in Miami, Florida this 8th day of November, 2011.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies provided to:

The Honorable Joan A. Lenard
All counsel of Record

Sent by Chambers to:
Ernest L. Wesley
217 W. 28th Street
Riviera Beach, Florida 33404